**U.S.A. vs. Deborah Carr Battle**                     **Docket No. 5:15-CR-254-1BO**

### Petition for Action on Probation

COMES NOW Michael W. Dilda, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Deborah Carr Battle, who, upon an earlier plea of guilty to Obstruction of Proceedings Before a Department or Agency of the United States, in violation of 18 U.S.C. § 1505, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on March 30, 2016, to 3 years probation under the conditions adopted by the court.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

As a condition of supervision, the defendant was ordered to pay $50 per month toward her financial obligation to begin 30 days after the date of the Judgment. While on probation, Battle has endured numerous medical and financial complications that prevent her from paying $50 per month. She has a pending disability hearing, limited financial resources, and no income. The defendant has paid $160 to date and her total balance is $80,169.26. The probation officer will continue to take into consideration the defendant's ability to pay restitution, but it is respectively recommended that the payment schedule be modified to $25 per month. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall pay $25 per month toward her financial obligation to begin 30 days from the agreed upon order.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                     I declare under penalty of perjury that the foregoing
                                          is true and correct.


/s/ Dwayne K. Benfield                     /s/ Michael W. Dilda
Dwayne K. Benfield                         Michael W. Dilda
Supervising U.S. Probation Officer         U.S. Probation Officer
                                          201 South Evans Street, Rm 214
                                          Greenville, NC 27858-1137
                                          Phone: 252-830-2342
                                          Executed On: December 6, 2017

### ORDER OF THE COURT

Considered and ordered this ___6___ day of __December__, 2017, and ordered filed and made a part of the records in the above case.

_Terrence W. Boyle_
Terrence W. Boyle
U.S. District Judge